Jacoby B. Jacobsen, Appellee, v. Walter J. Cummings, Receiver, etc., et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 42,844.

291

opinion filed May 23, 1944. Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; H. H. Patterson, for appellee; Edmund C. Maurer, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.